## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PAUL PANES, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     v.<br><br>TRINITY INDUSTRIES, INC., TIMOTHY R. WALLACE, and JAMES E. PERRY,<br><br>              Defendants. | Case No. 3:15-cv-1316-N<br><br>**PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Paul Panes ("Plaintiff") hereby voluntarily dismisses his action, *Panes v. Trinity Industries, Inc. et al.*, 15-cv-01316-N, brought before the United States District Court for the Northern District of Texas, without prejudice, as to all defendants. As grounds thereof, Plaintiff states that no defendant has filed an answer or a motion to dismiss to Plaintiff's action.

DATED: June 18, 2015

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lesley F. Portnoy*
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy (admitted in the N.D. of Tx)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

*Attorneys for Plaintiff*

1

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.

On June 18, 2015, I served true and correct copies of **PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Texas, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this June 18, 2015, at Los Angeles, California.


*s/ Lesley F. Portnoy*
Lesley F. Portnoy

## Mailing Information for a Case 3:15-cv-01316-N

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michelle LeGrand Hartmann**
  mhartmann@sidley.com,txefilingnotice@sidley.com,gjordan@sidley.com,casey.burton@sidley.com,jmalafa@sidley.com,mallen@sidley.com,kworden@sidley.com

- **Joe Kendall**
  administrator@kendalllawgroup.com,jkendall@kendalllawgroup.com

- **Hamilton Philip Lindley**
  hlindley@dunnamlaw.com,tonya@dunnamlaw.com

- **Jamie Jean McKey**
  jmckey@kendalllawgroup.com,administrator@kendalllawgroup.com,tsims@kendalllawgroup.com

- **Yvette Ostolaza**
  yvette.ostolaza@sidley.com,mhartmann@sidley.com,txefilingnotice@sidley.com,beth.stevens@sidley.com

- **Angela C Zambrano**
  angela.zambrano@sidley.com,txefilingnotice@sidley.com,dmcclintock@sidley.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)